UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOURDES GARCIA-GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 07-70323<br><br>Agency No. A076-215-392<br><br>ORDER AMENDING<br>MEMORANDUM DISPOSITION |

Before: WALLACE, SILVERMAN, and TALLMAN, Circuit Judges.

The Memorandum Disposition in this appeal, filed on January 18, 2011, is

corrected as follows:

Page 2, second paragraph:  Replace <2009> with <1999> in the sentence

stating <The fact that she later conceded at an August 16, 2009, hearing that

she had twice been arrested for theft offenses does not demonstrate that she

did not have the requisite intent to deceive because her later honesty

occurred only after a certified record of her convictions had been entered in

the record.>.

We note that the error corrected is only typographical and reflects an error in

transcription.  It did not in any way impact our resolution of the case.

The motion to recall the mandate is DENIED.  No further motions or petitions may be filed.